FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CLIFTON EUGENE SCOTT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DEBRA DEXTER, Warden,<br><br>　　　　　Respondent. | No. CV 07-5947-CAS (AGR)<br><br>**JUDGMENT** |

　　Pursuant to the order adopting the magistrate judge's report and recommendation,

　　IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 8/14/08

　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE